```
                    UNITED STATES DISTRICT COURT
                  FOR THE DISTRICT OF NEW HAMPSHIRE
```

**United States of America**

   **v.**                                           Case No. 07-cr-187-PB

**Jeffrey Lance Brown**


**O R D E R**

The defendant, through counsel, has moved to continue the May 6, 2008 trial in the above case, citing the need for additional time to engage in plea negotiations or prepare for trial.  The government does not object to a continuance of the trial date.

Accordingly, for the above reason and to allow the parties additional time to properly prepare for trial, the court will continue the trial from May 6, 2008 to June 3, 2008.  In agreeing to continue the trial, the court finds pursuant to 18 U.S.C.A. § 3161(h)(8)(A) that for the above-stated reasons, the ends of justice served in granting a continuance outweigh the best interests of the public and the defendant in a speedy trial.

	The court will hold a final pretrial conference on May 22, 2008 at 4:15 p.m.

	SO ORDERED.

						/s/Paul Barbadoro
						Paul Barbadoro
						United States District Judge

May 6, 2008

cc:	Bjorn Lange, Esq.
	Clyde Garrigan, AUSA
	United States Probation
	United States Marshal